# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

WILLIAM C. INMAN

NO. 2019 KW 1256

OCT 28 2019

In Re:     William C. Inman, applying for supervisory writs, 22nd
           Judicial District Court, Parish of St. Tammany, Nos.
           581060 & 581061.

**BEFORE:  HIGGINBOTHAM, PENZATO, AND LANIER, JJ.**

**WRIT APPLICATION GRANTED** for the purpose of transferring to the district court for consideration as a motion for production of documents. As an indigent inmate, relator is entitled to receive certain court documents, such as his guilty plea transcript, the bill of information or indictment, commitment papers, court minutes for various portions of the trial, and minutes of his sentencing, free of charge without the necessity of establishing a particularized need. See **State ex rel. Simmons v. State**, 93-0275 (La. 12/16/94), 647 So.2d 1094, 1095 (per curiam).

**TMH**
**AHP**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT